Kathryn Tassinari
Robert Baron
kathrynt50@comcast.net
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette, Suite 200
Eugene, OR  97401
(541) 686-1969
Of Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| KATHY S. TALLEY, | ) |
|               Plaintiff, | ) Case No. 07-6133-MO |
| vs. | ) ORDER GRANTING PLAINTIFF'S |
| | ) MOTION FOR EAJA FEES |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
|               Defendant. | ) |

After considering the Motion for Attorney Fees herein, Order is hereby granted that Commissioner shall mail a check payable to Plaintiff's attorney in the sum of $$9,353.25 pursuant to the Equal Access of Justice Act 28 U.S.C. §2412 for full settlement of all claims for fees under EAJA. Payment of this award shall be paid via check made payable to Plaintiff and mailed to Plaintiff's attorneys at Harder, Wells, Baron & Manning, P.C., 474 Willamette Street, Eugene, Oregon 97401. Pursuant to *Astrue v. Ratliff,* the award shall be made payable to

PLAINTIFF'S MOTION FOR FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT - 1

Plaintiff's attorney if the Commissioner confirms that Plaintiff owes no debt to the government through the federal treasury offset program.

IT IS SO ORDERED this 30 day of March, 2011.

_____
U.S. District Judge

PRESENTED BY:
By: /s/ Kathryn Tassinari
HARDER, WELLS, BARON & MANNING, P.C.
Of Attorneys for Plaintiff